UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ZAGON, ET AL.,<br><br>            Plaintiffs,<br><br>     v.<br><br>SUMMERVILLE AT HAZEL CREEK, LLC, ET AL.,<br><br>            Defendants. | No.  2:15-cv-387 JAM AC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

The Court having considered Plaintiffs' Motion to Remand, the materials filed with the Court regarding Plaintiffs' Motion, North American Health Care, Inc.'s and Carmichael Care, Inc.'s Opposition to Motion to Remand, and Plaintiffs' Reply in Support of Motion to Remand, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Motion is granted.

    IT IS FURTHER ORDERED that this action be immediately remanded to the Superior Court for the County of Sacramento for trial.

    IT IS SO ORDERED.

Dated: February 25, 2015

/s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1